# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO CASTANEDA GALVAN, | Case No. 1:26-cv-01677-KES-SAB-HC |
| Petitioner, | |
| v. | ORDER SETTING BRIEFING SCHEDULE |
| KRISTI NOEM, et al., | |
| Respondents. | |

Petitioner, represented by counsel, is a federal immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On March 1, 2026, Petitioner filed a petition for writ of habeas corpus and a motion for temporary restraining order ("TRO"). (ECF Nos. 1, 2.) On April 14, 2026, the assigned district judge denied the motion for TRO and referred the matter "to the assigned magistrate judge for further proceedings including the preparation of findings and recommendations on the petition." (ECF No. 16.)

Accordingly, the Court HEREBY ORDERS that:

1. Within forty-five (45) days of the date of service of this order, Respondents may file a response to the petition or a notice that they will rest on the previously submitted briefs; and

///

1

2.  Within thirty (30) days of the date of service of Respondents' response (or the expiration of the time for Respondents to file their response), Petitioner may file a reply.

IT IS SO ORDERED.

Dated:    **April 16, 2026**

STANLEY A. BOONE
United States Magistrate Judge

2